IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-CR-56 |
| YING LE PANG, | |
| Defendant. | |

### CHANGE OF PLEA

With consent of the Court, the Defendant YING LE PANG, having previously entered a plea of NOT GUILTY hereby withdraws that plea and enters a plea of GUILTY to a lesser included offense in Count Two in the Indictment.

Signed this 20th day of October, 2022.

_____. Defendant

_____ Counsel for Defendant